IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TROY H. BRADFORD AND GLORIA                                PLAINTIFFS
BRADFORD, Individually and as Class
Representatives on Behalf of All
Similarly Situated Persons; and
BOOKS ETC., by and through TROY
AND GLORIA BRADFORD, Class
Representatives on Behalf of All Those
Similarly Situated;

VS.                          NO 4:05-cv-4075  HFB

UNION PACIFIC RAILROAD COMPANY                             DEFENDANTS
A Delaware Corporation, and J.L. Gordan,
an Arkansas Resident

## PLAINTIFFS' JURY DEMAND

COME NOW the Plaintiffs, subject to their contention that this cause of action should be remanded to the Circuit Court of Miller County, Arkansas, and hereby demand a trial by jury herein pursuant to Rule 38 of the Federal Rules of Civil Procedure,

Respectfully Submitted,

DUNN, NUTTER & MORGAN, L.L.P.
State Line Plaza - Box 8030 - Suite Six
Texarkana, AR  71854-5945
Telephone:  870-773-5651
Telecopier:  870-772-2037
Email: rgnutter@dnmlawfirm.com

By: _R. Gary Nutter_____
R. Gary Nutter
Arkansas Bar No. 71058

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, R. Gary Nutter, attorney for Plaintiffs, hereby certify that on the 10th day of November, 2005, I electronically filed the foregoing Plaintiffs' Jury Demand with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

**Attorneys for Defendant,
Union Pacific Railroad Company:**
Kevin A. Crass
Scott H. Tucker
Friday, Eldredge & Clark
400 West Capitol, Suite 2000
Little Rock, AR   72201-3493

and forwarded copies of Plaintiffs' Jury Demand via regular U.S. Mail to the following attorneys:

George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX  75503

_____
**R. Gary Nutter**