IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TROY H. BRADFORD and GLORIA BRADFORD, Individually and as Class Representatives on Behalf Of All Similarly Situated Persons; and BOOKS, ETC., By and Through TROY and GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated<br><br>Plaintiffs,<br><br>VS.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corp. and J. L. GORDAN, an Arkansas Resident,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§ | Cause No. 4:05-cv-4075 HFB |

## NOTICE OF ATTORNEY APPEARANCE

Comes now Sean F. Rommel, of the law firm Patton, Roberts, McWilliams & Capshaw, LLP, and hereby enters his appearance as an attorney of record in this cause in behalf of Defendants Union Pacific Railroad Company and J. L. Gordan [sic] and requests the Clerk of the above named Court to enter the same of record.

Respectfully submitted,

   /s/  Sean F. Rommel
Sean F. Rommel
State Bar No. 94158
**PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, L.L.P.**
Post Office Box  6128
Texarkana, Texas  75505
Telephone: (903) 334-7000
Facsimile:   (903) 334-7007

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was served upon all known counsel of record in the above action by electronic filing on this 11th day of November, 2005.

                                                                __/s/ Sean F. Rommel_____
                                                                 Sean F. Rommel