IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| TROY H. BRADFORD AND GLORIA BRADFORD, Individually and as Class Representatives on Behalf of All Similarly Situated Persons; and BOOKS ETC., by and through TROY AND GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; | PLAINTIFFS |
| VS.     NO 4:05-cv-4075 HFB | |
| UNION PACIFIC RAILROAD COMPANY A Delaware Corporation, and J.L. Gordan, an Arkansas Resident | DEFENDANTS |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### SECOND AMENDED CLASS ACTION COMPLAINT

COME NOW Plaintiffs, subject to their contention that this cause of action should be remanded to the Circuit Court of Miller County, Arkansas, and file this their Motion for Leave to File Second Amended Class Action Complaint, and would respectfully show the Court as follows:

1. Plaintiffs seek leave of Court to file their Second Amended Class Action Complaint (attached hereto as Exhibit "A"), which amends their First Amended Class Action Complaint. There has been no Docket Control Order entered by the Court.

2. The identities of the parties remain the same in Plaintiffs' Second Amended Class Action Complaint.

3. The number of paragraphs remains the same in Plaintiffs' Second Amended Class Action Complaint.

4. Granting leave to amend is consistent with the liberal amendment policy of Rule 15(a), Fed. R. Civ. P. Here, Plaintiffs do not offer any new substantive factual allegations but seek to change their allegations that parties are "residents" of Arkansas to allegations that they are "citizens" of Arkansas.

5. The Motion should also be granted because it indicates, based on the allegations of

citizenship contained therein, that this Court lacks federal subject matter jurisdiction over the parties to this lawsuit. Plaintiffs do not seek to amend to destroy federal subject matter jurisdiction, therefore, because it never actually existed.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court grant their Motion for Leave to File Second Amended Class Action Complaint.

Respectfully Submitted,

**DUNN, NUTTER & MORGAN, L.L.P.**
Suite 6, State Line Plaza, Box 8030
Texarkana, Arkansas 71854-5945
Telephone: 870-773-5651
Telecopier: 870-772-2037
Email: rgnutter@dnmlawfirm.com

By: _R. Gary Nutter_
R. Gary Nutter
Arkansas Bar No. 71058

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, R. Gary Nutter, attorney for Plaintiffs, hereby certify that on the 14th day of November, 2005, I electronically filed the foregoing Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

**Attorneys for Defendants:**
George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX  75503


_____
R. Gary Nutter