IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TROY H. BRADFORD AND GLORIA                                              PLAINTIFFS
BRADFORD, Individually and as Class
Representatives on Behalf of All
Similarly Situated Persons; and
BOOKS ETC., by and through TROY
AND GLORIA BRADFORD, Class
Representatives on Behalf of All Those
Similarly Situated;

VS.                              NO. 4:05-cv-4075  HFB

UNION PACIFIC RAILROAD COMPANY                                           DEFENDANTS
A Delaware Corporation, and J.L. Gordan,
an Arkansas Resident

## PLAINTIFFS' MOTION TO REMAND
## TO MILLER COUNTY, ARKANSAS

Plaintiffs hereby submit the following Motion to Remand to Miller County, Arkansas. Plaintiffs file this Motion anticipating that their Motion for Leave to File Second Amended Class Action Complaint will be granted. There is not federal subject matter jurisdiction over the Second Amended Class Action Complaint under 28 U.S.C. § 1332(d)(2)(A), which applies to this case. Specifically:

(1)  In excess of two-thirds of Plaintiffs are citizens of Arkansas, such that 28 U.S.C. §1332(d)(2)(A)(i)(I) applies.

(2)  Plaintiffs seek "significant relief" from a Defendant, Mr. Gordon, whose conduct forms a "significant basis" of Plaintiffs' claims, and who is a citizen of Arkansas. Thus, 28 U.S.C. § 1332(d)(2)(A)(i)(II) applies.

(3)  Principal injuries occurred in Texarkana, Arkansas, meaning that 28 U.S.C. §1332(d)(2)(A)(i)(III) applies.

(4)  During the 3-year period preceding this lawsuit, there has not been any prior lawsuit asserting the same or similar factual allegations as this class action. For the foregoing reasons, Plaintiffs' Motion to Remand must be granted.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that their Motion to Remand to Miller County, Arkansas, be granted; that this cause be remanded to the Circuit Court of Miller County; and for such other and further relief to which they may be justly entitled.

Respectfully Submitted,

**DUNN, NUTTER & MORGAN, L.L.P.**
Suite 6, State Line Plaza, Box 8030
Texarkana, Arkansas 71854-5945
Telephone: 870-773-5651
Telecopier: 870-772-2037
Email: rgnutter@dnmlawfirm.com

By: _R. Gary Nutter_ (signature)
R. Gary Nutter
Arkansas Bar No. 71058

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, R. Gary Nutter, attorney for Plaintiffs, hereby certify that on the 14th day of November, 2005, I electronically filed the foregoing Plaintiffs' Motion to Remand to Miller County, Arkansas with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

**Attorneys for Defendants:**
George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX  75503

*R. Gary Nutter*
R. Gary Nutter