IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**TROY H. BRADFORD AND GLORIA**                                      **PLAINTIFFS**
**BRADFORD, Individually and as Class**
**Representatives on Behalf of All**
**Similarly Situated Persons; and**
**BOOKS ETC., by and through TROY**
**AND GLORIA BRADFORD, Class**
**Representatives on Behalf of All Those**
**Similarly Situated;**

VS.             **NO. 4:05-cv-4075 HFB**

**UNION PACIFIC RAILROAD COMPANY**                         **DEFENDANT**
**A Delaware Corporation**

## NOTICE OF APPEARANCE

M. David Karnas, Esq., from the law firm of Bellovin & Karnas P.C., who has been admitted as a member of the Arkansas Federal Bar, hereby files his appearance on behalf of the Plaintiffs in the above-styled case. M. David Karnas will be appearing as co-counsel along with Gary Nutter from Dunn, Nutter & Morgan L.L.P. on behalf of the Plaintiffs.

**RESPECTFULLY SUBMITTED** this 23nd day of November, 2005.

                                                 **BELLOVIN & KARNAS, P.C.**
                                                 100 North Stone, 11th Floor, Suite 1105
                                                 Tucson, Arizona 85701
                                                 Bar No. 013728
                                                 Attorney for Plaintiffs

                                                 BY: /s/ M. David Karnas
                                                      M. DAVID KARNAS

## CERTIFICATE OF SERVICE

  I, M. David Karnas, hereby certify that on November 23, 2005, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and that a copy of the document and Notice of Electronic Filing (NEF) were forwarded via United States Mail, to the following non CM/ECF participant:

GEORGE L. McWILLIAMS
SEAN F. ROMMEL
PATTON ROBERTS McWILLIAMS & CAPSHAW
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503


      /s/ M. David Karnas
      M. DAVID KARNAS