IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**TEXARKANA DIVISION**

TROY H . BRADFORD, et al.                                                                PLAINTIFFS

VS.                                    Civil No. 05-CV-4075

UNION PACIFIC RAILROAD COMPANY                                          DEFENDANT

**ORDER**

    Please take notice that the above styled cause is scheduled for on the Plaintiff's Motion for Leave to File Second Amended Class Action Complaint (Doc. 8) and Motion to Remand to Miller County, Arkansas (Doc. 10) on **Monday, December 12, 2005, at 9:00 a.m.**  The hearing will take place in the United States District Courtroom, United States Post Office and Courthouse, **Texarkana**, Arkansas.

    Dated this 30th day of November, 2005.

*/s/ Harry F. Barnes*
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**