## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| TROY H. BRADFORD and §<br>GLORIA BRADFORD, Individually §<br>and as Class Representatives on Behalf §<br>Of All Similarly Situated Persons; §<br>and BOOKS, ETC., By and Through §<br>TROY and GLORIA BRADFORD, §<br>Class  Representatives on Behalf of §<br>All Those Similarly Situated §<br>§<br>Plaintiffs, §<br>§<br>VS. §<br>§<br>UNION PACIFIC RAILROAD §<br>COMPANY, a Delaware Corp. §<br>and J. L. GORDAN, an Arkansas §<br>Resident, §<br>§<br>Defendants. § | Cause No. 4:05-cv-4075  HFB |

## NOTICE OF ATTORNEY APPEARANCE

Comes now Jack T. Patterson II, of the law firm Patton, Roberts, McWilliams & Capshaw, LLP,  and hereby enters his appearance as  an attorney of record in this cause in behalf of Defendants Union Pacific Railroad Company and J. L. Gordan  [sic] and requests the Clerk of the above named Court to enter the same of record.

        Respectfully submitted,

        __/s/_Jack T. Patterson II_____
        Jack T. Patterson II
        State Bar No. 95012
        **PATTON, ROBERTS, MCWILLIAMS**
        **& CAPSHAW, L.L.P.**
        Stephens Building, Suite 1315
        111 Center Street
        Little Rock, Arkansas 72201
        Telephone 501-372-3480
        Facsimile 501-372-3488

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document was served upon all known counsel of record in the above action by electronic filing on this 28th day of November, 2005.

                                              __/s/_Jack T. Patterson II_____
                                              Jack T. Patterson II