IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

## **MINUTES**

_____        JUDGE: _____

PLAINTIFF

    ATTY: _____        REPORTER: _____

                                                    CLERK: _____

_____        CASE NO. _____

DEFENDANT

    ATTY: _____

                                                  DATE: _____

                       ACTION: _____

| TIME | MINUTES |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |

CASE NO. _____                    DATE: _____

TIME                                    MINUTES