IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| TROY H. BRADFORD and GLORIA BRADFORD, Individually and as Class Representatives on Behalf of All Similarly Situated Persons; and BOOKS ETC., by and through TROY and GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY A Delaware Corporation, and J.L. GORDON, an Arkansas Resident,<br><br>　　　　　　　Defendants. | Civil Action File No.<br>4:05-cv-4075 HFB |

## NOTICE OF APPEARANCE

COMES NOW Roger W. Orlando, Esq., ORLANDO & KOPELMAN, P.C., and hereby enters his appearance as counsel for the Plaintiffs in the above-styled action. The Clerk and Court are requested to direct all future notices and communications to the undersigned, as well as all other existing of counsel of record.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ORLANDO & KOPELMAN, P.C.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROGER W. ORLANDO
　　　　　　　　　　　　　　　　Georgia State Bar No. 554295

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
404/373-1800

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all opposing counsel in the foregoing matter with **NOTICE OF APPEARANCE** via electronic filing on this 23${}^{rd}$ day of January, 2006.

                                        Respectfully submitted,

                                        ORLANDO & KOPELMAN, P.C.



                                        ROGER W. ORLANDO
                                        Georgia State Bar No. 554295

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
404/373-1800