IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| TROY H. BRADFORD AND GLORIA BRADFORD, Individually and as Class Representatives on Behalf of All Similarly Situated Persons; and BOOKS ETC., by and through TROY AND GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; | PLAINTIFFS |
| VS. | No. 4:05-cv-4075 HFB |
| UNION PACIFIC RAILROAD COMPANY A Delaware Corporation, and J.L. Gordan, an Arkansas Resident | DEFENDANTS |

## STIPULATION REGARDING DEFENDANT J. L. GORDON

Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby Stipulate that Defendant J. L. Gordon was an employee of Defendant Union Pacific and was acting within the course and scope of his employment at all times relevant to the October 15, 2005, accident that forms the basis of the above captioned lawsuit. Therefore, the Plaintiffs and Defendants agree that Defendant Gordon may be dismissed without prejudice. The parties further agree that, subject to Court approval, this stipulation may be incorporated into the Court's Jury Charge for vicarious liability.

Respectfully Submitted,

M. David Karnas
**BELLOVIN & KARNAS, P.C.**
100 North Stone Avenue, Suite 1105
Tucson, AZ 85701
Telephone: 520-571-9700
Telecopier: 520-571-8556

DUNN, NUTTER & MORGAN, L.L.P.
State Line Plaza - Box 8030 - Suite Six
Texarkana, AR 71854-5945
Telephone: 870-773-5651
Telecopier: 870-772-2037
Email: rgnutter@dnmlawfirm.com

By: *R. Gary Nutter*

R. Gary Nutter
Arkansas Bar No. 71058

**ATTORNEYS FOR PLAINTIFFS**


PATTON, ROBERTS, McWILLIAMS, &
CAPSHAW, L.L.P.
2900 St. Michael Drive
Texarkana, TX 75503
Telephone: 903-334-7000
Telecopier: 903-334-7007

By: *Sean F. Rommel*

Sean F. Rommel
Arkansas Bar No. 94158

**ATTORNEYS FOR DEFENDANTS**