IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TROY H. BRADFORD AND GLORIA BRADFORD, Individually and as Class Representatives on Behalf of All Similarly Situated Persons; and BOOKS ETC., by and through TROY AND GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated;       PLAINTIFFS

VS.       No. 4:05-cv-4075 HFB

UNION PACIFIC RAILROAD COMPANY
A Delaware Corporation, and J.L. Gordan,
an Arkansas Resident       DEFENDANTS

### ORDER APPROVING STIPULATION AND DISMISSING DEFENDANT J. L. GORDON WITHOUT PREJUDICE

Before the Court is the Parties' Stipulation Regarding Defendant J. L. Gordon. Having read and considered the same, it is hereby ORDERED that said Stipulation be ENTERED; that the Defendant J. L. Gordon was an employee of Defendant Union Pacific and was acting within the course and scope of his employment at all times relevant to the October 15, 2005, accident made the basis of this suit; and that Defendant Gordon is hereby DISMISSED without prejudice.

IT IS SO ORDERED 3 day of Feb , 2006.

_____
Honorable Harry F. Barnes
U.S. District Judge

APPROVED:

_____
R. Gary Nutter
Attorney for Plaintiffs

_____
Sean F. Rommel
Attorney for Defendants

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 0 3 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK