IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TROY H. BRADFORD, et al.                                                                    PLAINTIFFS

V.                                              NO. 05-CV-4075

UNION PACIFIC RAILROAD COMPANY                                              DEFENDANT

### INITIAL SCHEDULING ORDER

Now on this 9th day of February, 2006, the court hereby issues its Initial Scheduling Order in this case.

Effective August 15, 2005, all documents filed with the United States District Court for the Western District of Arkansas **must** be filed electronically. To register as a CM/ECF user, review the CM/ECF Administrative Policies and Procedures, and to learn more about electronic filing, consult the court's web site at **www.arwd.uscourts.gov**.

1.        It appears the issues are joined. Accordingly, the parties are jointly responsible for holding their Rule 26(f) conference by **March 27, 2006**, and their Rule 26(f) Report concerning such conference must be electronically filed by **April 21, 2006**.

Counsel should consult Rule 26(f) of the Federal Rules of Civil Procedure, CM/ECF Policies and Procedures Manual for Civil Filings and Local Rule 26.1 for guidance on preparing said report. Counsel is advised that Motions for class certification must be electronically filed **no later than ninety (90) days after the Fed.R.Civ.P. 26(f) conference.** The deadlines set in the Rule 26(f) Report for completing discovery and filing motions should generally be no later than sixty (60) days before the scheduled trial date.

2.        The court has set a **jury** trial date for the week of **February 20, 2007**.

      3.      Any conflicts among the parties with regard to any of the issues in the Rule 26(f) Report or the trial date set by the court should be set out in writing on the last page of the Rule 26(f) Report under the caption of "UNRESOLVED ISSUES" and if not so noted, will be deemed waived.  The court will rule on these issues and a final scheduling order will be issued confirming the trial date.

      IT IS SO ORDERED.

      /s/ Harry F. Barnes
      **HARRY F. BARNES**
      **UNITED STATES DISTRICT JUDGE**