IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TROY H. BRADFORD AND GLORIA                                    PLAINTIFFS
BRADFORD, Individually and as Class
Representatives on Behalf of All
Similarly Situated Persons; and
BOOKS ETC., by and through TROY
AND GLORIA BRADFORD, Class
Representatives on Behalf of All Those
Similarly Situated;


VS.                          NO.  4:05-cv-4075 - HFB


UNION PACIFIC RAILROAD COMPANY                                 DEFENDANTS
A Delaware Corporation, and J. L.
GORDON, an Arkansas Citizen


**UNOPPOSED MOTION TO SUBSTITUTE EXHIBIT "A"
ATTACHED TO MOTION TO FILE SECOND
AMENDED CLASS ACTION COMPLAINT**


Plaintiffs hereby move to replace Exhibit "A" to their Motion to File a Second Amended
Class Action Complaint with  Exhibit "A" attached to this Motion.  The reason for this Motion is
that the Stipulation  to dismiss Defendant J. L. Gordon without prejudice has rendered the original
proposed exhibit moot.   The Court previously granted Plaintiffs' Motion to File a Second
Amended Class Action Complaint.  However, since that time the parties have agreed to the dismissal
without prejudice of Defendant J.L. Gordon rendering the original exhibit moot.   The updated
version of the Second Amended Class Action Complaint (Exhibit "A"  hereto)  does not include
J.L Gordon as a Defendant but does include modified allegations to reflect new information
obtained during informal discovery regarding the geographic scope of the proposed class. Because
the court has already granted Plaintiffs' Motion to File Second Amended Class Action Complaint,
the substitution of the proposed exhibit causes no prejudice to Defendant.   Furthermore, upon
information and belief, the Defendant has no objection to the substitution of the exhibits and the
filing of the proposed Second Amended Class Action Complaint attached hereto. If  the Court

grants this Motion, Plaintiffs will file the Second Amended Class Action Complaint within five days.

Respectfully Submitted,

M. David Karnas
**BELLOVIN & KARNAS, P.C.**
100 North Stone Avenue, Suite 1105
Tucson, AZ  85701
Telephone: 520-571-9700
Telecopier: 520-571-8556
Email: karnas@bellovinkarnas.com

Roger W. Orlando
**ORLANDO & KOPELMAN, P.C.**
Decatur Court, Suite 400
315 West Ponce de Leon Avenue
Decatur, GA  30030
Telephone: 404-373-1800
Telecopier: 404-373-6999
Email: roger@orlandokopelman.com

**DUNN, NUTTER & MORGAN, L.L.P.**
Suite 6, State Line Plaza, Box 8030
Texarkana, Arkansas 71854-5945
Telephone:  870-773-5651
Telecopier:  870-772-2037
Email: rgnutter@dnmlawfirm.com

By:_____
**R. Gary Nutter**
ABA#71058

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, R. Gary Nutter, one of the attorneys for Plaintiffs, hereby certify that on the 14th day of February, 2006, I electronically filed the foregoing Unopposed Motion to Substitute Exhibit "A" Attached to Motion to File Second Amended Class Action Complaint with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

**Attorneys for Defendants:**
George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX  75503


_____
**R. Gary Nutter**