IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TROY H. BRADFORD and GLORIA BRADFORD, Individually and as Class Representatives on Behalf Of All Similarly Situated Persons; and BOOKS, ETC., By and Through TROY and GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated, <br><br> **Plaintiffs;** <br><br> VS. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> **Defendants.** | § § § § § § § § § § § § § § § § § § | Cause No. 4:05-cv-4075 |

## JOINT MOTION TO EXTEND TIME TO FILE RULE 26(f) REPORT

Plaintiffs and Defendants, pursuant to Federal Rules of Civil Procedure 6, hereby jointly move the Court for a brief extension of time, until April 24, 2006, to file their planning meeting Report and Proposed Scheduling Order under Fed. R. Civ. P. 26(f).  Good cause exists to support the requested extension as the Parties believe the additional time will allow them to explore areas of agreement and potentially eliminate the need for the court to resolve disputed issues.  The Parties completed their planning meeting on March 24, 2006 and have been cooperating in

good faith to resolve disagreements.  No party is prejudiced by this brief extension. For the foregoing reasons the Parties respectfully request until April 24, 2006 to file their 26(f) report and Proposed Scheduling Order.

Respectfully submitted this  21st    day of April, 2006.

>BELLOVIN & KARNAS, P.C.
>131 East Broadway Boulevard
>Tucson, Arizona 85701
>Telephone:  520-571-9700
>Telecopier:  520-571-8556
>Email: dkarnas@bellovinkarnas.com
>
>By: /s M. David Karnas_____
>     M. David Karnas
>     Arizona Bar No. 013728
>
>**ATTORNEYS FOR PLAINTIFFS**
>
>DUNN, NUTTER & MORGAN, LLP
>State Line Plaza - Box 8030 - Suite Six
>Texarkana, Arkansas 71854-5945
>Telephone:  870-773-5651
>Telecopier:  870-772-2037
>Email: rgnutter@dnmlawfirm.com
>By:   /s  R. Gary Nutter_____
>     R. Gary Nutter
>     Arkansas Bar No. 71058
>
>**ATTORNEYS FOR PLAINTIFFS**

PATTON, ROBERTS, McWILLIAMS, & CAPSHAW, LLP
2900 St. Michael Drive
Texarkana, Texas 75503
Telephone: 903-334-7000
Telecopier: 903-334-7007

By: /s Sean F. Rommell_____
     Sean F. Rommel
     Arkansas Bar No.

**ATTORNEYS FOR DEFENDANTS**