# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

| | |
|---|---|
| TROY H. BRADFORD and § <br> GLORIA BRADFORD, Individually § <br> and as Class Representatives on Behalf § <br> Of All Similarly Situated Persons; § <br> and BOOKS, ETC., By and Through § <br> TROY and GLORIA BRADFORD, § <br> Class Representatives on Behalf of § <br> All Those Similarly Situated, § <br>  § <br> Plaintiffs; § <br>  § <br> VS. § <br>  § <br> UNION PACIFIC RAILROAD § <br> COMPANY, § <br>  § <br> Defendants. § | Cause No. 4:05-cv-4075 |

## SECOND JOINT MOTION TO EXTEND TIME TO FILE RULE 26(f) REPORT

Plaintiffs and Defendants, pursuant to Federal Rules of Civil Procedure 6, hereby jointly move the Court for a second extension of time, until April 27, 2006, to file their planning meeting Report and Proposed Scheduling Order under Fed. R. Civ. P. 26(f). On April 21, 2006, the Parties filed their Joint Motion to Extend Time to File Rule 26(f) Report. Good cause exists to support the second extension, as the Parties continue to work diligently to complete the Rule 26(f) report. The

Parties continue to cooperate in good faith to resolve disagreements.  No party is prejudiced by the continued extension.  For the foregoing reasons the Parties respectfully request until April 26, 2006 to file their 26(f) report and Proposed Scheduling Order.

Respectfully submitted this   24th     day of April, 2006.

>BELLOVIN & KARNAS, P.C.
>131 East Broadway Boulevard
>Tucson, Arizona 85701
>Telephone:  520-571-9700
>Telecopier:  520-571-8556
>Email: dkarnas@bellovinkarnas.com
>
>By:  /s M. David Karnas                    ___
>       M. David Karnas
>       Arizona Bar No. 013728
>
>**ATTORNEYS FOR PLAINTIFFS**
>
>DUNN, NUTTER & MORGAN, LLP
>State Line Plaza - Box 8030 - Suite Six
>Texarkana, Arkansas 71854-5945
>Telephone:  870-773-5651
>Telecopier:  870-772-2037
>Email: rgnutter@dnmlawfirm.com
>By:   /s  R. Gary Nutter_____
>       R. Gary Nutter
>       Arkansas Bar No. 71058
>
>**ATTORNEYS FOR PLAINTIFFS**

/ / /

ORLANDO & KOPELMAN, P.C.
315 West Ponce de Leon Avenue
Suite 400
Decatur, Georgia 30030
Telephone:  404-373-1800
Telecopier:  404-373-6999
Email:  roger@orlandokopelman.com
By:   /s  Roger W. Orlando
    Roger W. Orlando
    Georgia Bar No. 554295

**ATTORNEYS FOR PLAINTIFFS**

PATTON, ROBERTS, McWILLIAMS, & CAPSHAW, LLP
2900 St. Michael Drive
Texarkana, Texas 75503
Telephone: 903-334-7000
Telecopier: 903-334-7007

By: /s Sean F. Rommell
    Sean F. Rommel
    Arkansas Bar No.

**ATTORNEYS FOR DEFENDANTS**