IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**TEXARKANA DIVISION**

TROY H. BRADFORD, et al.                                                                PLAINTIFFS

VS.                                    Civil No. 05-CV-4075

UNION PACIFIC RAILROAD COMPANY                                              DEFENDANT

## **ORDER**

Please take notice that the above styled cause is scheduled for an **In Court Hearing Re: Rule 26(f) Report "Unresolved Issues"** on **Monday, May 15, 2006, at 10:00 a.m.** The hearing will take place in the United States District Courtroom, United States Post Office and Courthouse, **Texarkana**, Arkansas.

Dated this 2nd day of May, 2006.


/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**