**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **TROY H. BRADFORD an** | § | |
| **GLORIA BRADFORD, Individually** | § | |
| **and as Class Representatives on** | § | |
| **Behalf of all Similarly Situated** | § | |
| **Persons; and  BOOKS, ETC., by and** | § | |
| **through TROY and GLORIA** | § | |
| **BRADFORD, Class Representatives** | § | |
| **on Behalf of All Those Similarly** | § | |
| **Situated,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **CAUSE NO. 4:05-cv-4075** |
| | § | |
| **UNION PACIFIC RAILROAD** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant** | § | |

## DEFENDANT'S NOTICE OF DISCLOSURE

Please take notice that on May 8, 2006, Defendant served its initial disclosures on

Plaintiffs as required under Federal Rule of Civil Procedure 26(a)(1), Local Court Rule

CV-26 and the agreement of the parties.

Dated: May 9, 2006.

Respectfully submitted,

s/s Sean F. Rommel
George L. McWilliams
Arkansas Bar No. 68078
Sean F. Rommel
Arkansas Bar No. 94158
Leisa B. Peasrlman
Arkansas Bar No. 92070
Jack T. Patterson, II
Arkansas Bar No. 95012

PATTON, ROBERTS, McWILLIAMS
   & CAPSHAW, L.L.P.
2900 St. Michael Drive, Suite 400
Post Office Box 6128
Texarkana, Texas  75505-6128
Telephone:  903-334-7000
Facsimile:  903-334-7007

ATTORNEYS FOR DEFENDRANT

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic means, facsimile, and First Class Mail on this 9th day of May, 2006.


s/s Sean F. Rommel