IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

## MINUTES

_____
PLAINTIFF

    ATTY: _____

JUDGE: _____

REPORTER: _____

CLERK: _____

_____
DEFENDANT

    ATTY: _____

CASE NO. _____

DATE: _____

ACTION: _____

| TIME | MINUTES |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |

TIME                                           MINUTES