IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GLORIA BRADFORD, Individually
and as Class Representative on Behalf
of All Similarly Situated Persons, et
al.                                                                                                  PLAINTIFFS

VS.                                          Case No. 05-CV-4075

UNION PACIFIC RAILROAD COMPANY,
a Delaware Corporation                                                                    DEFENDANT

## ORDER

On May 15, 2006, Plaintiffs, using the Court's Electronic Case Filing system, filed a Third Amended Class Action Complaint. The Amended Complaint added Ned Burnett, Jr., Samuel Alexander, and Stella Patricia Smith as individually plaintiffs and putative class representatives. Section IV, A of the CM/ECF Administrative Policies and Procedures Manual for Civil Filings for the United States District Court, Western District of Arkansas states, in part

> All case initiating documents (e.g., complaint with civil cover sheet and summons(es), and notice of removal with civil cover sheet), any pleading that adds a party (e.g., amended complaint, third-party complaint, intervention, etc.) and any notice of appeal in a civil action shall be filed conventionally. The Clerk's office will scan these documents and upload them into the System.

Since the Amended Complaint added parties, Plaintiffs must file it conventionally. Therefore, the Court orders Plaintiffs to file conventionally with the Clerk's office a Fourth Amended Class Action Complaint adding Ned Burnett, Jr., Samuel Alexander, and Stella Patricia Smith as individual plaintiffs and putative class representatives within 5 days of the entry of this order.

IT IS SO ORDERED, this 16th day of May, 2006.

                                                  /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  U.S. District Court