IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative On Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative On Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons, | § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CAUSE NO. 4:05-cv-4075 HFB |
| UNION PACIFIC RAILROAD COMPANY, | § § § § | |
| Defendant. | § § | |

**UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
<u>FOURTH AMENDED CLASS ACTION COMPLAINT</u>**

Defendant Union Pacific Railroad Company ("Union Pacific") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Fourth Amended Class Action Complaint under Fed. R. Civ. P. 12 in this cause, and would show the Court as follows:

1.  On May 16, 2006, Plaintiffs filed their Fourth Amended Class Action Complaint, adding three new plaintiffs.  Counsel for Defendant has agreed to accept service for Union Pacific as to those new plaintiffs.  However, because the due date to answer or otherwise respond/move pursuant to Rule 12(a) and (b) varies for the individual plaintiffs, Union Pacific desires to have until June 7, 2006, as a date certain by which to comply with Rule 12.

2.  Counsel for Union Pacific has conferred with Plaintiffs' counsel as to the requested date of June 7, 2006, and was told there is no objection.

Wherefore, premises considered, Union Pacific prays that the time for it to answer or otherwise respond/move pursuant to Rule 12(a) and (b) as to Plaintiffs' Fourth Amended Class Action Complaint be extended to and including June 7, 2006.

Respectfully submitted,

/s/ Sean F. Rommel
George L. McWilliams
Arkansas Bar No. 68078
Sean F. Rommel
Arkansas Bar No. 94158
Leisa B. Pearlman
Arkansas Bar No. 92070
Jack T. Patterson II
Arkansas Bar No. 95012
**PATTON, ROBERTS,
McWILLIAMS &  CAPSHAW, L.L.P.**
2900 St. Michael Drive, Suite 400
Post Office Box 6128
Texarkana, Texas  75505-6128
Telephone:  (903) 334-7000
Facsimile:   (903) 334-7007

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above action who have agreed to service by electronic filing, and to the following counsel of record by regular United States mail, on this 26th day of May, 2006:

Barry G. Reed  
Zimmerman Reed, PLLP  
14646 N. Kierland Blvd., Suite 145  
Scottsdale, AZ 85254.

                                            /s/ Sean F. Rommel  
                                            Sean F. Rommel