IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS, ETC., by and through GLORIA BRADFORD, Class Representative on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons,<br><br>Plaintiffs<br><br>vs.<br><br>UNION PACIFIC RAILROAD, A Delaware Corporation,<br><br>Defendant | § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. 4:05-cv-4075 |

**DEFENDANT'S NOTICE OF SECOND
SUPPLEMENTAL INITIAL DISCLOSURES**

Please take notice that on May 30, 2006, Defendant served its Second Supplemental Initial Disclosures, on Plaintiffs as required under Federal Rule of Civil Procedure 26(e), Local Court Rule CV-26 and the agreement of the parties.

Dated: May 30, 2006.

**DEFENDANT'S NOTICE OF SECOND SUPPLEMENTAL INITIAL DISCLOSURES – Page 1**

Respectfully submitted,

/s/ Leisa Pearlman
George L. McWilliams
Arkansas Bar No. 68078
Sean F. Rommel
Arkansas Bar No. 94158
Leisa B. Pearlman
Arkansas Bar No. 92070
Jack T. Patterson, II
Arkansas Bar No. 95012

PATTON, ROBERTS, McWILLIAMS
   & CAPSHAW, L.L.P.
2900 St. Michael Drive, Suite 400
Post Office Box 6128
Texarkana, Texas  75505-6128
Telephone:  903-334-7000
Facsimile:  903-334-7007

ATTORNEYS FOR DEFENDRANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following attorneys of record in the above action by electronic means, facsimile, and First Class Mail on this 31st day of May, 2006:

Gary Nutter
DUNN, NUTTER & MORGAN, LLP
Post Office Box 8030
Texarkana, Arkansas  75504

David Karnas
BELLOVIN & KARNAS, P.C.
131 East Broadway Boulevard
Tucson, Arizona  85701

      Roger W. Orlando
      ORLANDO & KOPELMAN, P.C.
      Decatur Court, Suite 400
      315 West Ponce de Leon Avenue
      Decatur, Georgia  30030


      /s/ Leisa Pearlman