**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **GLORIA BRADFORD, Individually** | § | |
| **and as Class Representative on** | § | |
| **Behalf of All Similarly Situated** | § | |
| **Persons; NED BURNETT, JR.,** | § | |
| **Individually and as Class Representative** | § | |
| **On Behalf of All Similarly Situated** | § | |
| **Persons; SAMUEL ALEXANDER,** | § | |
| **Individually and as Class Representative** | § | |
| **On Behalf of All Similarly Situated** | § | |
| **Persons; BOOKS ETC., by and through** | § | |
| **GLORIA BRADFORD, Class** | § | |
| **Representatives on Behalf of All Those** | § | |
| **Similarly Situated; and STELLA** | § | |
| **PATRICIA SMITH, Individually and as** | § | |
| **Class Representative on Behalf of All** | § | |
| **Similarly Situated Persons,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CAUSE NO. 4:05-cv-4075 HFB** |
| | § | |
| **UNION PACIFIC RAILROAD** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**UNION PACIFIC RAILROAD COMPANY'S SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
<u>FOURTH AMENDED CLASS ACTION COMPLAINT</u>**

Defendant Union Pacific Railroad Company ("Union Pacific") files this Second

Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs'

Fourth Amended Class Action Complaint under Fed. R. Civ. P. 12 in this cause, and

would show the Court as follows:

1.     On May 16, 2006, Plaintiffs filed their Fourth Amended Class Action Complaint, adding three new plaintiffs.  On May 26, 2006, due to the addition of such new plaintiffs, Union Pacific filed its unopposed motion for an extension of time to answer or otherwise respond to the amended complaint to June 7, 2006.  On May 30, 2006 the Court granted Union Pacific's motion.

2.     Union Pacific's lead counsel was required to travel out of the country during the previous week, and Union Pacific would request an additional extension of time in which to answer or otherwise respond to the Fourth Amended Class Action Complaint, to and including June 9, 2006.

3.     Counsel for Union Pacific has conferred with Plaintiffs' counsel as to the requested date of June 9, 2006, and was told there is no objection.

Wherefore, premises considered, Union Pacific prays that the time for it to answer or otherwise respond/move pursuant to Rule 12(a) and (b) as to Plaintiffs' Fourth Amended Class Action Complaint be extended to and including June 9, 2006.

Respectfully submitted,


/s/ Sean F. Rommel
George L. McWilliams
Arkansas Bar No. 68078
Sean F. Rommel
Arkansas Bar No. 94158
Leisa B. Pearlman
Arkansas Bar No. 92070
Jack T. Patterson II
Arkansas Bar No. 95012
**PATTON, ROBERTS,**
**McWILLIAMS &  CAPSHAW, L.L.P.**

2900 St. Michael Drive, Suite 400
Post Office Box 6128
Texarkana, Texas  75505-6128
Telephone:  (903) 334-7000
Facsimile:   (903) 334-7007

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above action who have agreed to service by electronic filing, and to the following counsel of record by regular United States mail, on this 7th day of June, 2006:

Barry G. Reed
Zimmerman Reed, PLLP
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254.

   /s/ Sean F. Rommel
Sean F. Rommel