IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS, ETC., by and through GLORIA BRADFORD, Class Representative on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons,** | § § § § § § § § § § § § § § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | CAUSE NO. 4:05-cv-4075 |
| **UNION PACIFIC RAILROAD,** A Delaware Corporation, | § § § § | |
| Defendant | § | |

### UNION PACIFIC RAILROAD COMPANY'S MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12 (b)(6)

COMES NOW Defendant Union Pacific Railroad Company ("Union Pacific Railroad" or "Union Pacific") and files its Motion to Dismiss Plaintiffs' Fourth Amended Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) asking the Court to dismiss this action in its entirety on the ground that Plaintiffs' claims are preempted by federal law, specifically, the

Federal Railroad Safety Act ("FRSA"), 49 U.S.C. § 20101, et seq., the Hazardous Material Transportation Act ("HMTA"), 49 U.S.C. § 5101, et seq., and regulations promulgated, respectively, thereunder.  Because Plaintiffs' claims are preempted in their entirety and because no private right of action exists, Plaintiffs' Fourth Amended Class Action Complaint and any cause of action alleged should be dismissed with prejudice.  In support of its motion, and filed contemporaneously herewith, Union Pacific incorporates by reference in its entirety Union Pacific Railroad Company's Memorandum In Support of Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE PREMISES CONSIDERED, Union Pacific Railroad Company prays this Court grant its Motion to Dismiss Plaintiffs' Fourth Amended Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6); dismiss with prejudice Plaintiffs' cause of action in its entirety; and award Union Pacific Railroad Company any additional relief to which it may prove itself entitled.

Respectfully submitted,

/s/ Sean F. Rommel
George L. McWilliams
Arkansas Bar No. 68078
Sean F. Rommel
Arkansas Bar No. 94158
Leisa B. Pearlman
Arkansas Bar No. 92070
Jack T. Patterson II
Arkansas Bar No. 95012
**PATTON, ROBERTS,**
**McWILLIAMS &  CAPSHAW, L.L.P.**
2900 St. Michael Drive, Suite 400
Post Office Box 6128
Texarkana, Texas  75505-6128

Telephone:  (903) 334-7000
Facsimile:   (903) 334-7007

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above action who have agreed to service by electronic filing, and to the following counsel of record by regular United States mail, on this 9th day of June, 2006:

Barry G. Reed
Zimmerman Reed, PLLP
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254.

                               /s/ Sean F. Rommel
                               Sean F. Rommel