IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**GLORIA BRADFORD, Individually**                                    **PLAINTIFFS**
**and as Class Representatives on**
**Behalf of All Similarly Situated Persons;**
**NED BURNETT, JR., Individually and**
**as Class Representative on Behalf of All**
**Similarly Situated Persons; SAMUEL**
**ALEXANDER, Individually and as**
**Class Representative on Behalf of All**
**Similarly Situated Persons; BOOKS,**
**ETC., by and through GLORIA**
**BRADFORD, Class Representative on**
**Behalf of All Those Similarly Situated;**
**and STELLA PATRICIA SMITH,**
**Individually and as Class Representative**
**on Behalf of All Similarly Situated Persons**

**VS.**                          **NO. 4:05-cv-4075 HFB**


**UNION PACIFIC RAILROAD, a**                                    **DEFENDANT**
**Delaware Corporation**


PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE MOTION FOR
<u>CLASS CERTIFICATION</u>


Plaintiffs file this Unopposed Motion for Extension of Time to File Motion for Class Certification, and would show the Court as follows:

1.      The current deadline for Plaintiffs to file their Motion for Class Certification is Thursday, June 22, 2006. Due to scheduling conflicts of counsel, Plaintiffs request an extension of time until June 27, 2006, to file said Motion for Class Certification.

2.      Counsel for Plaintiffs has conferred with counsel for Defendant Union Pacific Railroad Company as to the requested extension date of June 27, 2006, and was told that there is

no objection.,

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that their time to file their

Motion for Class Certification herein be extended to and including June 27, 2006.

.

Respectfully Submitted,


M. David Karnas
**BELLOVIN & KARNAS, P.C.**
131 East Broadway Blvd.
Tucson, Arizona 85701
Telephone: 520-571-9700
Telecopier: 520-571-8556
Email: karnas@bellovinkarnas.com

Roger W. Orlando
**THE ORLANDO FIRM, P.C.**
315 W. Ponce de Leon Avenue
Suite 400, Decatur Court
Decatur, Georgia 30030
Telephone: 404-373-1800
Telecopier: 404-373-6999
Email: roger@orlandokopelman.com

**DUNN, NUTTER & MORGAN, LLP**
Suite 6, State Line Plaza, Box 8030
Texarkana, Arkansas 71854-5945
Telephone: 870-773-5651
Telecopier: 870-772-2037
Email: rgnutter@dnmlawfirm.com

By: _____
            R. Gary Nutter
            Arkansas Bar No. 71058

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, R. Gary Nutter, one of the attorneys for Plaintiffs, hereby certify that on the 20th day of June, 2006, I electronically filed the foregoing Plaintiffs' Unopposed Motion for Extension of Time to File Motion for Class Certification with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

**_Attorneys for Defendant:_**
George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX  75503

_____
**R. Gary Nutter**