IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICTS OF ARKANSAS
TEXARKANA DIVISION

**TROY H. BRADFORD AND GLORIA**                                  **PLAINTIFFS**
**BRADFORD, Individually and as Class**
**Representatives on Behalf of All**
**Similarly Situated Persons; and**
**BOOKS ETC., by and through TROY**
**AND GLORIA BRADFORD, Class**
**Representatives on Behalf of All Those**
**Similarly Situated;**

VS.                                                      Case 4:05-cv-4075 HFB

**UNION PACIFIC RAILROAD**                                          **DEFENDANT**
**COMPANY**
**A Delaware Corporation**

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs file this Unopposed Motion for Extension of Time to File Their Response in Opposition to Defendant's Motion to Dismiss, and would show the Honorable Court as follows:

1. The current due date for Plaintiffs to file their Response in Opposition to Defendant's Motion to Dismiss is June 23, 2006. Due to the extensive briefing that is required to thoroughly address the issues involved; and the scheduling conflicts of counsel, Plaintiffs respectfully request an extension of time until July 14, 2006, to file said Response in Opposition to Defendant's Motion to Dismiss.

2. Counsel for Plaintiffs has conferred with counsel for Defendant Union Pacific Railroad Company as to the requested extension date of July 14, 2006, and was

told that there was no objection to such request;

WHEREFORE, PREMESIS CONSIDERED, Plaintiffs pray that their time to file their Response in Opposition to Defendant's Motion to Dismiss herein be extended to and including July 14, 2006.

Respectfully submitted,

R. Gary Nutter
ABA #71058
DUNN, NUTTER & MORGAN, L.L.P.
Suite 6, State Line Plaza, Box 8030
Texarkana, SR 71854-5945
Telephone: 870-773-5651
Telecopier: 870-772-2037
Email: rgnutter@dnmlawfirm.com

M. David Karnas
BELLOVIN & KARNAS, P.C.
131 East Broadway Boulevard
Tucson, AZ 85701
Telephone: (520) 571-9700
Telecopier: (520) 571-8556
Email: karnas@bellovinkarnas.com

Roger W. Orlando
THE ORLANDO LAW FIRM, P.C.
315 West Ponce de Leon Avenue
Suite 400, Decatur Court
Decatur, Georgia 30030
Telephone: (404) 373-1800
Telecopier: (404) 303-6999
Email: roger@orlandofirm.com

 s/ M.David Karnas
M. David Karnas
Arizona Bar No. 013728

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, M. David Karnas, one of the attorneys for the Plaintiffs, hereby certify that on the 23rd day of June, 2006, I electronically filed the foregoing Plaintiffs' Unopposed Motion for Extension of Time to File their Response in Opposition to Defendant's Motion to Dismiss with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

***Attorneys for Defendants:***
George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503

                                                s/ M.David Karnas
                                                M. David Karnas