IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICTS OF ARKANSAS
TEXARKANA DIVISION

**TROY H. BRADFORD AND GLORIA**        **PLAINTIFFS**
**BRADFORD, Individually and as Class**
**Representatives on Behalf of All**
**Similarly Situated Persons; and**
**BOOKS ETC., by and through TROY**
**AND GLORIA BRADFORD, Class**
**Representatives on Behalf of All Those**
**Similarly Situated;**

VS.        Case 4:05-cv-4075 HFB

**UNION PACIFIC RAILROAD**        **DEFENDANT**
**COMPANY**
**A Delaware Corporation**

## STIPULATED MOTION TO
## EXTEND TIME TO SUBMIT DISCOVERY RESPONSES

The Parties file this Stipulated Motion for Extension of Time to Submit Discovery Responses for Plaintiffs to submit discovery responses no later than June 28, 2006 and would show the Honorable Court as follows:

1. Defendant Union Pacific submitted discovery requests pursuant to Fed. R. Civ. P. 33 and 34 on May 31, 2006;

2. Defendant filed on May 31, 2006 their Motion to Shorten Time for Discovery, such Motion requesting that the honorable Court order Plaintiffs to submit responses to the aforementioned discovery within ten (10) days of service thereof rather than the thirty (30) days allowed under the Federal Rules of Civil Procedure;

/ / /

1

3. On June 15, 2006, the Court ordered that Plaintiffs submit their responses to the aforementioned discovery requests within ten (10) days of the Court's Order; such date falling on Sunday, June 25, 2006, the Plaintiffs' responses are due to be submitted on June 26, 2006;

4. Counsel for the Parties have conferred as to the submission date of the aforementioned discovery responses; and have stipulated that such discovery responses may be submitted no later than Wednesday, June 28, 2006, 5:00 p.m.

WHEREFORE, PREMESIS CONSIDERED, the Parties pray that the Court extend the time for Plaintiffs to file their responses to the aforementioned discovery until June 28, 2006.

**RESPECTFULLY SUBMITTED** this   26th   day of June, 2006,

| | |
|---|---|
| Roger W. Orlando | George L. McWilliams |
| THE ORLANDO LAW FIRM, P.C. | Sean F. Rommel |
| 315 West Ponce de Leon Avenue | PATTON ROBERTS MCWILLIAMS |
| Suite 400, Decatur Court |   CAPSHAW |
| Decatur, Georgia 30030 | Century Plaza, Suite 400 |
| Telephone: (404) 373-1800 | 2900 St. Michael Drive |
| Telecopier: (404) 303-6999 | Texarkana, Texas 75503 |
| Email: roger@orlandofirm.com | |
| | |
|  s/ Roger W. Orlando |  s/ Sean F. Rommel |
| Roger W. Orlando | Sean F. Rommel |
| | |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

      I, M. David Karnas, one of the attorneys for the Plaintiffs, hereby certify that on the 26th day of June, 2006, I electronically filed the foregoing Stipulated Motion to Extend Time to File Discovery Responses with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

***Attorneys for Defendants:***
George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503

                                                                                  s/ M. David Karnas
                                                                                  M. David Karnas