IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative On Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative On Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons, | § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CAUSE NO. 4:05-cv-4075 HFB |
| UNION PACIFIC RAILROAD COMPANY, | § § § § | |
| Defendant. | § | |

**AGREED MOTION FOR ENTRY OF
CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Defendant Union Pacific Railroad Company ("Union Pacific") files this Agreed Motion for Entry of Confidentiality Agreement and Protective Order in this cause, and would show the Court as follows:

1.	The parties have conferred and agreed to the terms of a Confidentiality Agreement and proposed Protective Order.

2.  The parties have approved in writing a proposed form of Confidentiality Agreement and Protective Order, and submit the same for approval by the Court.

Wherefore, premises considered, the parties respectfully request that the Court enter the proposed Confidentiality Agreement and Protective Order submitted to the Court contemporaneously with this Motion.

Respectfully submitted,

/s/ Sean F. Rommel
George L. McWilliams
Arkansas Bar No. 68078
Sean F. Rommel
Arkansas Bar No. 94158
Leisa B. Pearlman
Arkansas Bar No. 92070
Jack T. Patterson II
Arkansas Bar No. 95012
**PATTON, ROBERTS,
McWILLIAMS & CAPSHAW, L.L.P.**
2900 St. Michael Drive, Suite 400
Post Office Box 6128
Texarkana, Texas 75505-6128
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above action who have agreed to service by electronic filing, and to the following counsel of record by regular United States mail, on this 27th day of June, 2006:

Barry G. Reed
Zimmerman Reed, PLLP
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254.

 /s/ Sean F. Rommel
Sean F. Rommel
