IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GLORIA BRADFORD, Individually and
as Class Representative on Behalf of All
Similarly Situated Persons; NED
BURNETT, JR., Individually and as Class
Representative on Behalf of All Similarly
Situated persons; SAMUEL
ALEXANDER, Individually and as Class
Representative on Behalf of All Similarly
Situated persons; BOOKS, ETC., by and
through GLORIA BRADFORD, Class
Representatives on Behalf of All Those
Similarly Situated; and STELLA
PATRICIA SMITH, Individually and as
Class Representative on Behalf of All
Similarly Situated persons;

PLAINTIFFS

NO. 4:05-cv-4075 HFB

VS.

UNION PACIFIC RAILROAD
COMPANY,
A Delaware Corporation,

DEFENDANT.                                    (Jury Trial Demanded)

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**Oral Argument Requested**

The named Plaintiffs and the classes they represent (hereafter the "Class Plaintiffs"), pursuant to the Federal Rule of Civil Procedure (FRCP), Rule 23, hereby move for certification of the following classes: (1) Evacuation Class; (2) Property Damage Class; (3) Economic Loss class, and (4) Liability Issues Class. This Motion is supported by the separate Brief in Support of Motion for Class Certification, filed herewith.

1

Respectfully submitted this 30 day of June, 2006.

                                      Respectfully Submitted,

                                      DUNN, NUTTER & MORGAN, L.L.P.
                                      Suite 6, State Line Plaza, Box 8030
                                      Texarkana, Arkansas 71854-5945
                                      Telephone:  870-773-5651
                                      Telecopier:  870-772-2037
                                      Email: rgnutter@dnmlawfirm.com

                                      BELLOVIN & KARNAS, P.C.
                                      131 East Broadway Boulevard
                                      Tucson, Arizona 85701
                                      Telephone: 520-571-9700
                                      Telecopier: 520-571-8556

                                      By:__s/M. David Karnas_____
                                      M. David Karnas

## **CERTIFICATE OF SERVICE**

      I, M. David Karnas, attorney for Plaintiffs, hereby certify that on the __30th__ day of _June_, 2006, I electronically filed the foregoing PLAINTIFFS' MOTION FOR CLASS CERTIFICATION with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

      Attorneys for Defendants:

George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX  75503

                                        By:__s/M. David Karnas_____
                                        M. David Karnas