UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representative on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons | PLAINTIFFS |
| VS.           NO. 4:05-cv-4075 | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation | DEFENDANT |

## MOTION FOR ADMISSION PRO HAC VICE

COME NOW Plaintiffs, Gloria Bradford, Individually and as Class Representative on Behalf of All Similarly Situated Persons; Ned Burnett, Jr., Individually and as Class Representative on Behalf of all Similarly Situated Persons; Samuel Alexander, Individually and as Class Representative on Behalf of All Similarly Situated Persons; Books, Etc., by and through Gloria Bradford, Class Representative on Behalf of All Those Similarly Situated; and Stella Patricia Smith, Individually and as Class Representative on Behalf of All Similarly Situated Persons, and for their Motion for Admission Pro Hac Vice of Barry G. Reed and Bradley H. Astrowsky would respectfully show unto the Court as follows:

### I.

Barry G. Reed and Bradley H. Astrowsky are attorneys associated with the law firm of

Zimmerman Reed in Scottsdale, Arizona. The law firm address, telephone number, facsimile number, and emails of Barry G. Reed and Bradley H. Astrowsky are as follows:

> Barry G. Reed
> Zimmerman Reed
> 14646 North Kierland Blvd., Suite 145
> Scottsdale, Arizona 85254
> Telephone: 480-348-6400
> Telecopier: 480-348-6415
> Email: bgr@zimmreed.com
>
> Bradley H. Astrowsky
> Zimmerman Reed
> 14646 North Kierland Blvd., Suite 145
> Scottsdale, Arizona 85254
> Telephone: 480-348-6400
> Telecopier: 480-348-6415
> Email: bha@zimmreed.com

## II.

Mr. Reed's Arizona state bar number is 020906, and Mr. Astrowsky's Arizona state bar number is 016357.

## III.

R. Gary Nutter is a member of the bar of the United States District Court for the Western District of Arkansas who maintains an office in Arkansas for the practice of law with whom the Court and opposing counsel may readily communicate regarding the conduct of the case. Mr. Nutter's address, telephone number, facsimile number, and email are as follows:

> R. Gary Nutter
> Dunn, Nutter & Morgan, L.L.P.
> State Line Plaza, Box 8030
> Texarkana, AR 71854-5945
> Telephone: 870-773-5651
> Facsimile: 870-772-2037
> Email: rgnutter@dnmlawfirm.com

Mr. Nutter's Arkansas state bar number is 71058.

## IV.

Mr. Reed and Mr. Astrowsky have never been the subject of any disciplinary action by the Arizona Bar Association, or any of the courts of Arizona, nor any other bar association or

state. In addition, Mr. Reed and Mr. Astrowsky have never been the subject of any disciplinary action in any federal court. (Please see attached Affidavits.)

### V.

Mr. Reed and Mr. Astrowsky have never been denied admission to the courts of any state or to any federal court.

### VI.

Mr. Reed and Mr. Astrowsky are familiar or will become familiar with the rules for the United States District Court for the Western District of Arkansas. Mr. Reed and Mr. Astrowsky further state that they will at all times have R. Gary Nutter, an attorney licensed and admitted to practice in the United States District Court for the Western District of Arkansas, serve as co-counsel and participate in all hearings and the trial of this suit.

### VII.

R. Gary Nutter hereby states that he has investigated the backgrounds of Barry G. Reed and Bradley H. Astrowsky and also has discussed the matters contained in this motion with Mr. Reed and Mr. Astrowsky. As a result of the investigation and the discussions set forth herein, R. Gary Nutter finds Barry G. Reed and Bradley H. Astrowsky to be reputable and recommends that they be admitted to practice before this Honorable Court in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, R. Gary Nutter prays that Barry G. Reed and Bradley H. Astrowsky be admitted to practice before this honorable Court as co-counsel for Plaintiffs, Gloria Bradford, Individually and as Class Representative on Behalf of All Similarly Situated Persons; Ned Burnett, Jr., Individually and as Class Representative on Behalf of all Similarly Situated Persons; Samuel Alexander, Individually and as Class Representative on Behalf of All Similarly Situated Persons; Books, Etc., by and through Gloria Bradford, Class Representative on Behalf of All Those Similarly Situated; and Stella Patricia Smith, Individually and as Class Representative on Behalf of All Similarly Situated Persons, in the above styled cause of action.

Respectfully submitted,

M. David Karnas
**BELLOVIN & KARNAS, P.C.**
131 East Broadway
Tucson, AZ 85701
Telephone: 520-571-9700
Telecopier: 520-571-8556
Email: karnas@bellovinkarnas.com

Roger W. Orlando
**THE ORLANDO FIRM, P.C.**
315 W. Ponce de Leon Avenue
Suite 400, Decatur Court
Decatur, Georgia 30030
Telephone: 404-373-1800
Telecopier: 404-373-6999
Email: roger@orlandokopelman.com

**DUNN, NUTTER & MORGAN, L.L.P.**
Suite 6, State Line Plaza, Box 8030
Texarkana, Arkansas 71854-5945
Telephone: 870-773-5651
Telecopier: 870-772-2037
Email: rgnutter@dnmlawfirm.com

By: /s/ R. Gary Nutter
R. Gary Nutter
ABA#71058

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, R. Gary Nutter, one of the attorneys for Plaintiffs, hereby certify that on the 3rd day of July, 2006, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

***Attorneys for Defendant:***
George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX  75503

_____
R. Gary Nutter