IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICTS OF ARKANSAS
TEXARKANA DIVISION

**TROY H. BRADFORD AND GLORIA**            **PLAINTIFFS**
**BRADFORD, Individually and as Class**
**Representatives on Behalf of All**
**Similarly Situated Persons; and**
**BOOKS ETC., by and through TROY**
**AND GLORIA BRADFORD, Class**
**Representatives on Behalf of All Those**
**Similarly Situated;**

VS.                                      Case 4:05-cv-4075 HFB

**UNION PACIFIC RAILROAD**            **DEFENDANT**
**COMPANY**
**A Delaware Corporation**

NOTICE OF SUPPLEMENTAL AUTHORITY
RE: PLAINTIFFS' MOTION TO CERTIFY CLASS

    Plaintiffs hereby file this Notice of Supplemental Authority re: Motion to Certify Class and would show the Honorable Court as follows:

1.    Plaintiffs filed their Motion to Certify Class and the Brief in support thereof on June 30, 2006.

2.    The Supreme Court of Arkansas decided the matter of <u>Asbury Automotive Group, Inc., et al. v. Palasack, et al.</u>, No, 06-215, Arkansas Supreme Court on June 22, 2006, where the primary issue was whether the Pulaski County Circuit Court properly certified the Plaintiffs' Class.

3.    Plaintiffs file this Notice because the <u>Palasack</u> case is on point with Plaintiffs' arguments in the "Legal Basis for Class Certification Under Rule 23" section of

their brief in support of Class Certification.  A copy of the <u>Palasack</u> opinion is attached hereto as Exhibit One.

Respectfully submitted,

R. Gary Nutter
ABA #71058
DUNN, NUTTER & MORGAN, L.L.P.
Suite 6, State Line Plaza, Box 8030
Texarkana, SR 71854-5945
Telephone: 870-773-5651
Telecopier: 870-772-2037
Email: rgnutter@dnmlawfirm.com

M. David Karnas
BELLOVIN & KARNAS, P.C.
131 East Broadway Boulevard
Tucson, AZ 85701
Telephone: (520) 571-9700
Telecopier: (520) 571-8556
Email: karnas@bellovinkarnas.com

  s/ M.David Karnas
M. David Karnas
Arizona Bar No. 013728

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, M. David Karnas, one of the attorneys for the Plaintiffs, hereby certify that on the 6th day of July, 2006, I electronically filed the foregoing Notice of Supplemental Authority re: Plaintiffs' Motion to Certify Class with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

***Attorneys for Defendants:***
George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503


      s/ M.David Karnas
      M. David Karnas