IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons, | § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CAUSE NO. 4:05-cv-4075 HFB |
| UNION PACIFIC RAILROAD COMPANY, | § § § § | |
| Defendant. | § | |

## MOTION FOR ADMISSION *PRO HAC VICE OF*
## WILLIAM H. HOWARD III

Sean F. Rommel, a member in good standing of the Arkansas Bar Association and licensed to practice before all Courts in Arkansas, moves this Court for an order admitting to practice in this Court *pro hac vice* William H. Howard III, an attorney with the law firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C., as co-counsel for Defendant in this action, and would respectfully show this Court the following with respect to such applicant:

1. Mr. Howard is a shareholder with the law firm of Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C., St. Charles Avenue, Suite 3600, New Orleans, Louisiana 70112, telephone 504-566-5227, facsimile 504-636-3927, which is employed to represent the Defendant in this action.

2. The undersigned counsel, whose office location and telephone numbers have been shown below, has been designated as co-counsel for Defendant in this case.

3. Mr. Howard was admitted to practice law in the State of Louisiana in 1980. He is currently a member in good standing of the Bar of the State of Louisiana and is eligible to practice before this Court. Mr. Howard was admitted to practice law in the State of Mississippi in 1980. Mr. Howard is currently a member in good standing of the Bar of the State of Mississippi and is eligible to practice before this Court. He is also admitted to practice in the United States District Courts of Eastern, Middle and Western Districts of Louisiana and Northern and Southern Districts of Mississippi. He is in good standing in all these Courts. His email address is bhoward@bakerdonelson.com.

4. There are no grievances or criminal matters pending against Mr. Howard, and he has never been disciplined, suspended, disbarred or resigned from the practice of law nor denied the privilege before any court. He has never had any charges, arrests or convictions for criminal offenses filed against him.

5. Mr. Howard has read and will comply with the Local Rules of this Court, and agrees to be subject to all rules of the courts of Arkansas. He understands that he is being admitted for the limited purpose of appearing in the case styled above only.

WHEREFORE, Jack Thomas Patterson II, respectfully prays that this Court issue its Order admitting *pro hac vice* William H. Howard III to practice before this Court in this action as co-counsel for Defendant.

Respectfully submitted,

By: \_\_/s/  Sean F. Rommel_____
George L. McWilliams
Arkansas Bar No. 68078
Sean F. Rommel
Arkansas Bar No.94158
Leisa B. Pearlman
Arkansas Bar No. 92070
Jack T. Patterson II
Arkansas Bar No. 95012

**PATTON, ROBERTS,**
**McWILLIAMS & CAPSHAW, L.L.P.**
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Post Office Box 6128
Texarkana, Texas  75505-6128
Telephone:  903-334-7000
 Facsimile:     903-334-7007

**ATTORNEYS FOR DEFENDANT**
**UNION PACIFIC RAILROAD COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 11th day of July, 2006.

\_\_\_/s/ Sean F. Rommel_____
Sean F. Rommel