IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated persons; BOOKS, ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated persons;

PLAINTIFFS

NO. 4:05-cv-4075 HFB

VS.

UNION PACIFIC RAILROAD COMPANY,
A Delaware Corporation,

DEFENDANT.                              (Jury Trial Demanded)

## NOTICE OF APPEARANCE

COMES NOW Bradley H. Astrowsky, Esq., ZIMMERMAN REED PLLP, and hereby enters his appearance as counsel for the Plaintiffs in the above-styled action. The Clerk and Court are requested to direct all future notices and communications to the undersigned, as well as all other existing counsel of record.

1

Respectfully Submitted,


By:   s/Bradley H. Astrowsky
Bradley H. Astrowsky
*Admitted Pro Hac Vice*
ZIMMERMAN REED PLLP
14646 N. Kierland Blvd. Suite 145
Scottsdale, AZ  85254
Tel: (480) 348-6400
Fax: (480) 348-6415
E-mail: bha@zimmreed.com

**CERTIFICATE OF SERVICE**

I, Bradley H. Astrowsky, attorney for Plaintiffs, hereby certify that on the 12th day of July, 2006, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

Attorneys for Defendants:

George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX  75503


Attorneys for Plaintiffs:

Roger W. Orlando
THE ORLANDO FIRM P.C.
Decatur Court, Suite 400
315 West Ponce de Leon Avenue
Decatur, GA  30030

R. Gary Nutter
DUNN, NUTTER & MORGAN, L.L.P.
Suite 6, State Line Plaza, Box 8030
Texarkana, Arkansas 71854-5945

M. David Karnas
BELLOVIN & KARNAS, P.C.
131 E. Broadway
Tucson, AZ  85701


  _s/Bradley H. Astrowsky_____
Bradley H. Astrowsky