IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representative on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons | PLAINTIFFS |
| VS.   CASE NO. 05-CV-4075 | |
| UNION PACIFIC RAILROAD COMPANY | DEFENDANT |

## ORDER

Before the Court is a Motion for Admission *Pro Hac Vice* of William H. Howard III filed on behalf of the Defendant in the above styled and numbered case. (Doc. No. 60). Upon consideration the Court finds that the motion should be and hereby is **granted**. Attorney William H. Howard III of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., St. Charles Avenue, Suite 3600, New Orleans, Louisiana 70112 is hereby permitted to appear before this Court on behalf of the Defendant Union Pacific Railroad Company in the above referenced case. The United States District Court for the Western District of Arkansas is

a Case Management/Electronic Case Filing ("CM/ECF") Court. In order to receive electronic notification of future activity in this case and file pleadings electronically, counsel should enter a Notice of Appearance and register for CM/ECF with the Clerk of the Court.

IT IS SO ORDERED, this 12th day of July, 2006.

      /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge