IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons, <br><br>    Plaintiffs, <br><br>vs. <br><br>UNION PACIFIC RAILROAD COMPANY, <br><br>    Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. 4:05-cv-4075  HFB |

### NOTICE OF ATTORNEY APPEARANCE

Comes now William H. Howard III, of the law firm Baker Donelson Bearman Caldwell & Berkowitz PC, and hereby enters his appearance as an attorney of record in this cause in behalf of Defendant Union Pacific Railroad Company and requests the Clerk of the above named Court to enter the same of record.

Respectfully submitted,

BY____/s/_William H. Howard III_____
    William H. Howard, III (Bar No. 7025)
    Alissa J. Allison (Bar No. 17880)
    201 St. Charles Avenue
    Suite 3600
    New Orleans, LA  70170
    Telephone:  (504) 566-5275
    Facsimile:   (504) 636-3975

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document was served upon all known counsel of record in the above action by electronic filing on this 13th day of  July, 2006.

    __/s/ William H. Howard III_____
    William H. Howard III