IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated persons; BOOKS, ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated persons,

PLAINTIFFS

NO. 4:05-cv-4075 HFB

VS.

UNION PACIFIC RAILROAD COMPANY,
A Delaware Corporation,

DEFENDANT.                (Jury Trial Demanded)

**MOTION FOR PERMISSION FOR PLAINTIFFS TO FILE A COMPACT DISC IN SUPPORT OF PLAINTIFFS' OPPOSITION UNION PACIFIC RAILROAD COMPANY'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT**

Plaintiffs respectfully request permission from this Court to file a compact disc conventionally as an Exhibit to the Affidavit of Barry G. Reed in support of Plaintiff's Opposition Union Pacific Railroad Company's Motion to Dismiss Fourth Amended Complaint.

Respectfully Submitted,

        Roger W. Orlando
        **THE ORLANDO FIRM P.C.**
        Decatur Court, Suite 400
        315 West Pone de Leon Avenue
        Decatur, GA  30030
        Telephone: 404-373-1800
        Telecopier: 404-373-6999
        Email: roger@theorlandofirm.com


        R. Gary Nutter
        **DUNN, NUTTER & MORGAN, L.L.P.**
        Suite 6, State Line Plaza, Box 8030
        Texarkana, Arkansas 71854-5945
        Telephone:  870-773-5651
        Telecopier:  870-772-2037
        Email: rgnutter@dnmlawfirm.com


        M. David Karnas
        **BELLOVIN & KARNAS, P.C.**
        131 E. Broadway
        Tucson, AZ  85701
        Telephone: 520-571-9700
        Telecopier: 520-571-8556
        Email: karnas@bellovinkarnas.com

        **ZIMMERMAN REED PLLP**
        14646 N. Kierland Blvd. Suite 145
        Scottsdale, AZ  85254
        Telephone: 480-348-6400
        Telecopier: 480-348-6415
        Email: bgr@zimmreed.com


        By:  /s/Barry G. Reed_____
            Barry G. Reed
            *Admitted Pro Hac Vice*


        **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I, Barry G. Reed, attorney for Plaintiffs, hereby certify that on the 14th day of July, 2006, I electronically filed the foregoing MOTION FOR PERMISSION FOR PLAINTIFFS TO FILE A COMPACT DISC IN SUPPORT OF PLAINTIFFS' OPPOSITION UNION PACIFIC RAILROAD COMPANY'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following attorneys:

      Attorneys for Defendant:

George L. McWilliams
Sean F. Rommel
Patton Roberts McWilliams & Capshaw
Century Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX  75503


      _/s/Barry G. Reed_____
      Barry G. Reed