IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GLORIA BRADFORD, Individually and
as Class Representative on Behalf of All
Similarly Situated Persons; NED BURNETT,
JR., Individually and as Class Representative
on Behalf of All Similarly Situated Persons;
SAMUEL ALEXANDER, Individually and
as Class Representative on Behalf of All
Similarly Persons; BOOKS, ETC., by and
through GLORIA BRADFORD, Class
Representative on Behalf of All Those
Similarly Situated; and STELLA SMITH,
Individually and as Class Representative
on Behalf of All Similarly Situated Persons                                        PLAINTIFFS

VS.                                    CASE NO. 05-CV-4075

UNION PACIFIC RAILROAD COMPANY,
A Delaware Corporation                                                              DEFENDANT

## ORDER

Before the Court is Plaintiffs' Motion for Class Certification. (Doc. No. 56). The Defendant has responded. (Doc. No. 75). The Plaintiffs filed a reply. (Doc. No. 88). The Defendant filed a sur-reply. (Doc. No. 91). Upon consideration, for the reasons set forth in the Court's Memorandum Opinion of even date, the Court finds that the Plaintiffs' Motion for Class Certification should be and hereby is **denied**.

IT IS SO ORDERED, this 28th day of September, 2007.

                                                              /s/Harry F. Barnes
                                                              Hon. Harry F. Barnes
                                                              United States District Judge