IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GLORIA BRADFORD, et al.                                                    PLAINTIFFS


VS.                              CASE NO. 4:05-CV-4075

UNION PACIFIC RAILROAD
COMPANY                                                                   DEFENDANT

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss.  (Doc. 126).  Plaintiffs seek a voluntary

dismissal pursuant to Fed. R. Civ. P. 41(a)(2) without prejudice to refiling.  Defendant Union Pacific

Railroad Company ("Union Pacific") has responded.  (Doc. 127).  Plaintiffs have replied to Union

Pacific's response.  (Doc. 128).  The matter is ripe for consideration.

In their motion, Plaintiffs argue that the Court, having denied class certification, no longer

retains jurisdiction over this matter.  The Court disagrees.  Jurisdiction before this Court was proper

at the institution of suit, and subsequent events have not divested the Court's jurisdiction.  *See*

*Genenbacher v. CenturyTel Fiber Co. II, LLC*, 500 F.Supp. 2d 1014, 1015 (C.D. Ill. 2007)(citing

*St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 291, 58 S.Ct. 586, 82 L.Ed. 845 (1938)).

However, the Court is satisfied that this matter should be dismissed at Plaintiffs' urging and

that the dismissal be without prejudice.  In ruling on federal preemption (Doc. 112) and class

certification, (Doc. 122) the Court did not reach the merits of Plaintiffs' claims.  The Court is

hesitant to foreclose those claims before they have been heard on their merits.

Accordingly, Plaintiffs' Motion to Dismiss should be and hereby is **GRANTED**.  This matter

is hereby **DISMISSED WITHOUT PREJUDICE** on the express condition that before this matter

may be refiled in any forum or jurisdiction, Plaintiffs will be ordered to pay any costs and expenses,

including reasonable attorney fees, Union Pacific incurred in defending this matter.

**IT IS SO ORDERED**, this 7th day of April, 2008.

                              /s/ Harry F. Barnes
                    Hon. Harry F. Barnes
                    United States District Judge